THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 J. Scott Kunst, Appellant,
 v.
 Susan B.
 Covington, Respondent.
 
 
 

Appeal From Greenville County
 G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No.  2008-UP-619
Submitted November 3, 2008  Filed
 November 10, 2008
AFFIRMED

 
 
 
 J. Scott Kunst, of Simpsonville, for Appellant.
 Andrew Elliott Haselden, of Columbia, for Respondent.
 
 
 

PER CURIAM: J.
 Scott Kunst appeals the trial courts dismissal of his cause of action pursuant
 to Rule 12(b)(6), SCRCP.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: In re Care &
 Treatment of McCracken, 346 S.C. 87, 92, 551 S.E.2d 235, 238 (2001)
 (stating an issue is deemed abandoned and will not be considered on appeal if
 the argument is raised in a brief but not supported by authority); Staubes
 v. City of Folly Beach, 339 S.C. 406, 412, 529 S.E.2d 543, 546 (2000)
 (explaining in order for an issue to be preserved for appellate review it must
 be raised and ruled upon by the trial court).   
AFFIRMED.
Williams, Pieper, and Geathers,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.